AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RONALD MOORE,

    Plaintiff,

V.

AT&T, PGE, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00730-RCJ-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Objection to Magistrate Judge's Report and Recommendation (Docket #6) is DENIED. Plaintiff's action is DISMISSED WITH PREJUDICE.

   1/3/2011                                                      **LANCE S. WILSON**

                                                                                   Clerk

                                                                        /s/ P. McDonald

                                                                       Deputy Clerk